335 A.2d 349

Gordon CARLITZ

v.

PENFORD CO., INC., Appellant,

Gordon CARLITZ, Appellant,

v.

PENFORD CO, INC.

Supreme Court of Pennsylvania.

Argued Nov. 12, 1974.

Decided April 17, 1975.

Richard B. Sigmond, Meranze, Katz, Spear & Wilderman, Leonard Spear, Philadelphia, for Penford Co., Inc.

M. Mark Mendel, Harris T. Bock, Mendel & Schwartz, Philadelphia, for Gordon Carlitz.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.

MANDERINO, J., filed a dissenting opinion.

MANDERINO, Justice (dissenting).

I dissent. The complaint filed by appellant Gordon Carlitz should not have been dismissed with prejudice.